1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
4  Telephone: 212-558-5000
   Facsimile: 212-344-5461
5  Attorneys for Plaintiffs

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  This Document Relates to:                    )
                                                 )
13  *Donald Whitman, et al. v. Pfizer Inc*       )   **MDL NO. 1699**
    *(06-1350 CRB)*                              )   **District Judge:  Charles R. Breyer**
14                                               )
    *Mildred Hance v. Pfizer Inc, et al.*        )
15  *(06-1718 CRB)*                              )
                                                 )
16  *William Lopez, et al. v. Astra Merck, Inc., et al.* )  **STIPULATION AND ORDER OF**
    *(06-2621 CRB)*                              )   **DISMISSAL WITH PREJUDICE**
17                                               )
    *Rafaela Roman Velez, et al. v. Astra Merck,* )
18  *Inc., et al.*                               )
    *(06-2649 CRB)*                              )
19                                               )
    *Luis R. Carrion Velez, et al. v. Astra Merck,* )
20  *Inc., et al.*                               )
    *(06-2658 CRB)*                              )
21                                               )
    *Teresita Falcon Matos, et al. v. Astra Merck,* )
22  *Inc., et al.*                               )
    *(06-2660 CRB)*                              )
23                                               )
    *Ronny Maria Sanders, et al. v. Pfizer Inc* )
24  *(06-2681 CRB)*                              )
                                                 )
25  *Lori Sargent et al. v. Pfizer Inc*          )
    *(06-3675 CRB)*                              )
26                                               )
    *James Hall, et al. v. Pfizer Inc*           )
27  *(06-3676 CRB)*                              )
                                                 )
28  *John Hayhurst v. Pfizer Inc, et al.*        )

                              -1-

         STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42581180.1

1  (06-3758 CRB)                                          )

2  *Bill Casillas, et al. v. Pfizer Inc, et al.*          )
   (06-3958 CRB)                                          )
3                                                         )
   *Patricia Knudsen v. Pfizer Inc, et al.*               )
4  (06-4043 CRB)                                          )
                                                          )
5  *Betty Moncrief, et al. v. Pfizer Inc, et al .*        )
   (06-4100 CRB)                                          )
6                                                         )
   *Annette Edelen, et al. v. Pfizer Inc, et al.*         )
7  (06-4147 CRB)                                          )
                                                          )
8  *Debbie Mitchell v. Pfizer Inc, et al.*                )
   (06-4296 CRB)                                          )
9                                                         )
   *Joseph Gastaldi, et al. v. Pfizer Inc, et al.*        )
10 (06-4362 CRB)                                          )
                                                          )
11 *Demetrio Rubio v. Pfizer Inc, et al.*                 )
   (06-4449 CRB)                                          )
12                                                        )
   *Earlene McBride, et al. v. Pfizer Inc, et al.*        )
13 (06-4462 CRB)                                          )
                                                          )
14 *Louis Walkingstick, et al. v. Pfizer Inc, et al.*     )
   (6-4463 CRB)                                           )
15                                                        )
   *Virginia Thorne v. Pfizer Inc, et al.*                )
16 (06-4464 CRB)                                          )
                                                          )
17 *Rojelio Longoria, et al. v. Pfizer Inc, et al.*       )
   (06-4586 CRB)                                          )
18                                                        )
   *Annie White, et al. v. Pfizer Inc, et al.*            )
19 (06-4678 CRB)                                          )
                                                          )
20 *Martha Stevens, et al. v. Pfizer Inc, et al.*         )
   (06-4920 CRB)                                          )
21                                                        )
   *Janette Smith v. Pfizer Inc, et al.*                  )
22 (06-4977 CRB)                                          )
                                                          )
23 *Roselie Atkins, et al. v. Pfizer Inc, et al.*         )
   (06-5272 CRB)                                          )
24                                                        )
   *Dawna Garza v. Pfizer Inc, et al.*                    )
25 (06-5416 CRB)                                          )
                                                          )
26 *Ralph Adams, et al. v. Pfizer Inc, et al.*            )
   (06-5591 CRB)                                          )
27                                                        )
   *Albert Leong v. Pfizer Inc, et al.*                   )
28 (06-5666 CRB)                                          )

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | |
|---|---|
| 1 | |
| 2 | *Catherine Connolly, et al. v. Pfizer Inc, et al.*<br>(06-5738 CRB) |
| 3 | *Randy Masker, et al. v. Pfizer Inc, et al.*<br>(06-5739 CRB) |
| 4 | |
| 5 | *Charlie Rhome, et al. v. Pfizer Inc, et al.*<br>(06-5740 CRB) |
| 6 | *Paulette Balda, et al. v. Pfizer Inc, et al.*<br>(06-5765 CRB) |
| 7 | |
| 8 | *William Halpin, et al. v. Pfizer Inc, et al.*<br>(06-5777 CRB) |
| 9 | *Patricia Howard, et al. v. Pfizer Inc, et al.*<br>(06-5916 CRB) |
| 10 | |
| 11 | *Alice Ryan, et al. v. Pfizer, Inc, et al.*<br>(06-5917 CRB) |
| 12 | *William Coleman, et al. v. Pfizer Inc, et al.*<br>(06-5918 CRB) |
| 13 | |
| 14 | *Monica Mittag, et al. v. Pfizer Inc, et al.*<br>(06-5919 CRB) |
| 15 | *Cynthia Smith, et al. v. Pfizer Inc, et al.*<br>(06-5963 CRB) |
| 16 | |
| 17 | *John Roof v. Pfizer Inc, et al.*<br>(06-5964 CRB) |
| 18 | *Lynda Jack, et al. v. Pfizer Inc, et al.*<br>(06-5965 CRB) |
| 19 | |
| 20 | *Ernest Grant v. Pfizer Inc, et al.*<br>(06-5970 CRB) |
| 21 | *Alice L. Pettit, et al. v. Pfizer Inc, et al.*<br>(06-5973 CRB) |
| 22 | |
| 23 | *Wade Smith, et al. v. Pfizer Inc, et al.*<br>(06-5975 CRB) |
| 24 | *Richard Gilmore, et al. v. Pfizer Inc, et al.*<br>(06-5977 CRB) |
| 25 | |
| 26 | *Sergio Estrada v. Pfizer Inc, et al.*<br>(06-5978 CRB) |
| 27 | *John Vallee, et al. v. Pfizer Inc, et al.*<br>(06-5981 CRB) |
| 28 | |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

1  *Betty Scott, et al. v. Pfizer Inc, et al.*
   (06-5983 CRB)                                    )
2                                                   )
   *Norman Hamblen, et al. v. Pfizer Inc, et al.*   )
3  (06-6058 CRB)                                     )
                                                     )
4  *Dennis Johns, et al. v. Pfizer Inc, et al.*      )
   (06-6059 CRB)                                      )
5                                                     )
   *Marion Walker, et al. v. Pfizer Inc, et al.*      )
6  (06-6060 CRB)                                       )
                                                       )
7  *Bessie R. Jackson-Cook v. Pfizer Inc, et al.*      )
   (06-6061 CRB)                                        )
8                                                       )
   *Mary Gonzales, et al. v. Pfizer Inc, et al.*         )
9  (06-6062 CRB)                                          )
                                                          )
10 *Melvin Kenney, et al. v. Pfizer Inc, et al.*          )
   (06-6064 CRB)                                           )
11                                                         )
   *Carol Pellini, et al. v. Pfizer Inc, et al.*            )
12 (06-6065 CRB)                                            )
                                                            )
13 *Antonio Pratts v. Pfizer Inc, et al.*                   )
   (06-6066 CRB)                                             )
14                                                           )
   *Mark Childs v. Pfizer Inc, et al.*                        )
15 (06-6067 CRB)                                              )
                                                             )
16 *Mary Helen Johnson, et al. v. Pfizer Inc, et al.*        )
   (06-6068 CRB)                                              )
17                                                            )
   *James E. Garver, et al. v. Pfizer Inc, et al.*            )
18 (06-6070 CRB)                                              )
                                                             )
19 *Tiffany R. Noell, et al. v. Pfizer Inc, et al.*          )
   (06-6071 CRB)                                              )
20                                                            )
   *Beth Lehnan, et al. v. Pfizer Inc, et al.*               )
21 (06-6073 CRB)                                              )
                                                             )
22 *Sharon Payne, et al. v. Pfizer Inc, et al.*              )
   (06-6075 CRB)                                              )
23                                                            )
   *Nancy Harsh, et al. v. Pfizer Inc, et al.*                )
24 (06-6083 CRB)                                              )
                                                             )
25 *Dennis Yeager, et al. v. Pfizer Inc, et al.*             )
   (06-6084 CRB)                                              )
26                                                            )
   *Lynda Jack, et al. v. Pfizer, Inc, et al.*                )
27 (06-6087 CRB)                                              )
                                                             )
28 *Fred Hardee, et al. v. Pfizer Inc, et al.*               )

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

| | |
|---|---|
| 1 | (06-6088 CRB) )
| 2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.* )
| | (06-6089 CRB) )
| 3 | )
| | *Willie Vaughn v. Pfizer Inc, et al.* )
| 4 | (06-6092 CRB) )
| | )
| 5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.* )
| | (06-6093 CRB) )
| 6 | )
| | *Douglas Horton v. Pfizer Inc, et al.* )
| 7 | (06-6094 CRB) )
| | )
| 8 | *June N. Bell v. Pfizer Inc, et al.* )
| | (06-6095 CRB) )
| 9 | )
| | *Jerry Rice, et al. v. Pfizer Inc, et al.* )
| 10 | (06-6096 CRB) )
| | )
| 11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.* )
| | (06-6097 CRB) )
| 12 | )
| | *Steven Woods, et al. v. Pfizer Inc, et al.* )
| 13 | (06-6098 CRB) )
| | )
| 14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.* )
| | (06-6116 CRB) )
| 15 | )
| | *April Froehlich, et al. v. Pfizer Inc, et al.* )
| 16 | (06-6117 CRB) )

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

DATED: /0 - 29 , 2009        By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2 , 2009        By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**


Dated: **NOV 1 3 2009**        _____
Hon. Charles R. Breyer
United States District Court

-6-